Court of Appeals for the
 First District of Texas at Houston

 Order Reinstating Appeal and
 Establishing Briefing Schedule

Appellate case name: Dinesh Kumar Shah v. The State of Texas

Appellate case number: 01-10-01138-CR

Trial court case number: 1040406

Trial court: 182nd District Court of Harris County, Texas

 On March 8, 2012, the Court abated this appeal and remanded the case
to the trial court for a determination of whether retained attorney, Dennis
Hester, should be permitted to substitute for court-appointed attorney, Ted
Doebbler, as counsel for appellant. The trial court conducted a hearing on
April 18, 2012, at which the trial court (1) determined Dennis Hester
should be permitted to substitute as counsel for appellant and (2) relieved
Ted Doebbler of his duties as court-appointed counsel.

 This case is reinstated. The Clerk of this Court is instructed to
update this Court's records to reflect that Dennis Hester is appellant's
counsel of record on appeal.

 Appellant's "Motion to Withdraw Anders Brief and for Court to Instate
Briefing Deadlines" is granted. Appellant's brief is due Monday, July 30,
2012. Absent a showing of good cause, no extension of this deadline will be
granted. Appellee's brief is due Wednesday, August 29, 2012.

 It is so ORDERED.

Judge's signature: /s/ Justice Harvey G. Brown
 acting individually

Date: June 28, 2012
-----------------------
[pic]